State of New York
Court of Claims

-------------------------------------------------x

*Vidal Whitley*

                Claimant,

      -against-

*New york state OFFice OF MENTAL HEALTH/Ny Docs*

               Defendant(s).

9:15-cv-377

**NOTICE OF INTENTION**

**TO FILE A CLAIM**

*narcy NY Psychiatric center, medication prescriber ms Tourtelot, Jill carver, Rebecca Joffey, Frank Liboy, Downstate OMH, ms Lanctos – chair/chief Christine Derry, unit chief krawse – unit chief Joann ms watkins – ms Brown Waldron ms – Gilmore Jill Grant ms Gazanlo Debra minning maureen Bosco*

TO:    THE CLERK OF THE COURT OF CLAIMS

TO:    THE ATTORNEY GENERAL OF THE STATE OF NEW YORK

Sir or Madam:

     PLEASE TAKE NOTICE, that the undersigned *Vidal Whitley,*
intends to file a claim against the State of New York, pursuant to Sections ten (10) and eleven
(11) of the Court of Claims Act.

     The post office address of the claimant is: Southport Correctional Facility 236 Bob Masia
Drive, P.O. Box 2000 Pine City, New York 14871-2000.

     The Claimant is submitting this Notice of Intention to File a Claim Pro Se.

     The time when, the place where, and the manner in which the claim arose, are as follows:

     The claim arose on *11-25-~~~~*, 20 *13*, at the following location:
*mid STATE correctional facility Dec 2nd 2013 marcy correctional Facility, Fishkill correctional facility, Downstate correctional facility, Clinton correctional Facility*

(USE ADDITIONAL PAPER WHERE NECESSARY)

     When the following event occurred: _____

_____

_____

_____

_____

1

Page 1

I was In midstate S-Block 200 and it was because some one sent K-2 In my name in a package to set me up MS Grazanei a social worker for omH came to question me about the situation at hand I told her I didnt know what was going on or why I had been brought to the Bo X & She revieled why I had been brought to the box & insisted that I knew of Illegall happenings once she pressed a few more times it became clear to me this lady MS Grazanei had it out for me through her very unprofessional. actions MS Grazanei had my medication stopped to try & derail my mental stability & health then when I began writing MS Grazanei about me not getting my medication she met with me a few times and while I thought our meetings were fine the whole time MS Grazanei was writing 100% Percent PURE D Lies on me in her footnotes in my omH Files saying & being that I asked her her marital status and that I asked her what color finger nail polish she had on as if I couldn't just tell myself By looking further more my defense is theres officers If not more in every S-Block 200 In the state of NewyorK If I were indeed & I wasnt making any comments however if I were making comments its very mind boggling that psychiatrist MS Grazanei did not open the Door on the Interview booth & notify an officer (security) That I was allegedly coming on to her instead She chose to write these lies in my File and

Page 2

MS Graziani also failed to Author a misbehavior of such actions however she wrote these lies in my file I went for almost a month without my medication for mental Health illness — Bipolar Depression — Antisocial Personality Disorder I take Celykoate 750 milligrams after weeks of being denied my medication I was put on a call out to see medication subscriber MS Tourtelot when she came in the room & started yelling & screaming I was scared & alarmed because I didn't know if she was going to have the Gaurds Jump me & beat me as she was screaming you coming on to my staff but I said I didn't come on to anyone what you talking about MS Tourtelot — MS Tourtelot said you Know you did it why dont you Just admitt to it whitley I said I didn't come on to anyone who are you Talking about then this is where & when I found out that this lady MS Graziani had indeed lied on me MS Tourtelot said so you didnt come on To MS Graziani I said no she's not even my Type MS Tourtelot then said well as a punishment for coming on to my staff I'm stopping your mental health medication I stated that she could not do this this is not only violating my mental health patient Bill of Rights & Responsibilities as well as State

Page       3

& federal Law's ms Tourtelot stated she would fix the paper work to say I refused my medication 4 times & that if I don't like it write & or grieve her & then she told the co's to come & get me out of her face because I was making her sick needless to say I never received my medication another time long as I was in midstate correctional facility DEC 2nd 2013 I was released from the shu & I went to Marcy correctional facility across the street that night I spoke with a social worker/psychiatrist named Carrie Sanpietro I explained to her all that I explained herein this honest document & Carrie Sanpietro said well mr Whitley it doesnt say in any where in your file that your medication has been discontinued just come down here to the infirmary during AM program run & they'll have your medication for you

I done as Directed by ms Carrie Sanpietro so for weeks every day every morning I was

Taking my medication then I was put on a mental Health call out all of A sudden by Jill Carver I went & soon as I got in the Room ms carver said to dont think I'M not aware of what you did in midstate to ms Grazane; fed up with this whole frivilous false situation I said listen what Did you call me Down here I aint come on To no body ms Carver said well since you asked mr Whitley I've known ms tourtelot forelong

Page 4

Time & she's a good friend of mine so I'm going
to support my friends decision & now I'm
restopping your medication indefingtely &
I told her she was violating my rights
& breaking the law also & she (ms carver) told
me the same thing to write it up Grieve
her who cares & you she sent me back
to my DORM C-1 I went told the CO
who was working my dorm that Day what
had just taken place he had a dislike for
it as well called & asked if I could be seen
by a Doctor I was sent back to the
Infirmary then ms Jill carver came back
In the Room acting as if she didn't
just see me & she asked me a
rhetorical question (whats wrong mr whitley)
I said you know whats wrong you violating
me & now your blocking me from seeing the
doctor because you know the degree of
misconduct you & your peers have bestowed
upon my person we clashed & got into a
rather big arguement & Officer Brandon
sent me back to C-1 Dorm in Marcy
correctional facility so weeks go by
& I'm not being administered my medication
property or at all to be more specific & when
this happend I got myself in to some trouble
mainly because I didn't use better Judgement
In a situation where the powers that Be instagated it

Page 5

nonetheless I was thrown into the Box & During my hearing I was violated in more ways then one In fact it all can Be heard on Hearing Tape # 8171 you'll be Able to hear the unfairness & most of all you'll hear sergeant marshall Say when I dealt with you at the dorm & seen you later on at the gym you were 2 Different People. I tried to get the sergeant to elaborate however he knew where I was headed & he also Recognized he had Shot his self in the foot being That I suffer from bipolar & severe mood swings & as he said sometimes seeming like Im 2 totally Different People which would of occured had I been on my medication as scheduled I was then sent From marcy correctional facility BOX to GOVERNUER S-Block 200 which is mind boggling because this S-Block IS IN the water Town HUB & this whole entire Hub Doesnt deal with mentally ILL Inmates I was never suppose to be sent up there any way we found this out once the nurse was reading my file & started asking me questions with the sergeant & they found out that IM a level 2 omH Patient & the nurse said whats marcy thinking sending me to them & then the nurse seen where the underhand-foul Play came in my omH Level was Dropped FRom 2 to 6 IN ONe DAY and Thats not how that Process works at all Then I was Put On a Bus that same night & Taken To auBurn correctional facility Put in OBS seen By Doctor Reynolds &

Page 6

ms Grosso & they get my records & files and they put my level from the privilous 6 to the omH level 3 & they aint have enough time with me so they told omH IN Fishkill to finish cleaning up ms Tourdelot & ms Jill carver & ms Graznei's mess its was to my Benefit that I had left Fishkill S-Block 200 months ago July 9th 2013 so it wasnt hard for Rebecca Joffey to Fix as well Frank Liboul they get my level fixed back to level 2 talking but my omH level they had to adjust it to because of the medication I took & the 1st time I left Fishkill my Diagnosis were Bipolar Depression Anti Social personality after these Ill things were Done To me my Diagnosi's have been messed up every since I have Records & Documents To support my claims now I explained all of these Things TO Rebecca Jaffey & I grieved it took it to unitchief Krewse my pfeas went unanswered During the night shift I spoke with a officer & was told I was on the Draft I was going To clinton I attempted suicide to not go to clinton because the 1st time I was In clinton a riot happened 2011 Aug23rd & I was Blamed later found not to be guilty of all in the slightest Bit now originally I was sentenced to 36 months By CA miller then before I left I was told

7

If I ever come back to their Jail I would be killed or hurt Really Bad to say the least I appealed it it was modified to 18 months then I served 15 of the 18 months & It was administratively reversed I sued for $52,760.00 Dollars & I won however I said that to say I ended up leaving Fishkill S-Block & going to Downstate correctional Facility on a OMH to Day out Count I told the OMH committee listen officers in clinton correctional Facility are going to hurt me or kill me, they basically Blew me off I went to clinton & suffered 2 STAFF on INmate Assaults one on 6-23-14 6-26-14 I was put behind a Glass Shield Illegally unlawfully confined & these officers were even urinating In my food & doing other things to my food as well that I rather not speak of it was a really Tough time for me in life my mail was being Intercepted appeals to CORC my notice of Intents that I m sending now I ve been battleing Two prisons they way Grievance to Get these Intents to The Court I asked for Intents to certain courts they send me the Intents they want to send me mail from home Is nt making it to me & my mail isnt making It To my Family I put Documents about medical & mental Health to my Lawyers the courts & It

Page 9

was stolen out of the facility mail here
at South Port Correctional Facility they
have also been blocking me from purchasing
my medical Records that would show
clearly about other Incidents that have
Taken place that I have been getting
Illegally harmed by these people Jail
To Jail I was a victim of a staff
on Inmate assault at Fishkill
That hurt me as well these people
cover up throw away Documents hide
Documents for eat hother but God's
going to receil these things All these
things for me while in Clinton Correctional
facility ms Lanctos use to set me up for
The officers & she would get me in a secluded
area for them & thats where they would assault
me, ms Lanctos works for OMH in Clinton
& she done alot of mean unprofessional
Things to me & They got me hurt really
BAD & The Doctor use to turn a Blind
eye & then I was brought here to South
Port & I told ms Dailey unit chief ms Watkins
ms Gilmore & ms Brown all of the things that
are In this letter I wrote Maureen Bosco
JillGrant Deborah Minning countless times
notifying them all of these things Joann waldron
unit chief at Clinton included & nothing they all
Turned a Blind eye to it & my cries went

9

unanswered many of days then I sent my
official Grievance To Commissioner michael F Hogan
I'm still waiting to hear back from
him or someone representing the
office of mental Health So
& I'm due to be released from
special Housing unit 2-26-15 So this is
9 Brief synopsis of what happened & how I
was violated utterly & disrespectfully. Thank you
ot 1 for your time you all have a nice day Good
bye God bless you all — — —

commissioner
New york state office of
mental Health
44 Holland Ave
Albany, New york
12229

Sincerely Elichal Enlichly
10B2619 DIN
CELL B-10-4
2-29-2015

(USE ADDITIONAL PAPER WHERE NECESSARY)

The items or injuries claimed are as follows: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Vidal Whitley*,

Din.# *to83619*

Claimant, Pro-Se
Southport Correctional Facility
236 Bob Masia Dr., P.O. Box 2000

2

State of New York
Court of Claims

Pine City, N.Y. 14871-2000

------------------------------------------------------x

*V. dal whitley,*

Claimant,

**Claim**

-against-

Claim No. _____

*NYDocs / New york STATE office of Mental Health*

Defendant(s).

*Medication subscriber Ms Tourtelot, psychiatrist Jill carver, maureen Bosco, Rebecca Juffey*
*Franc LaBouy, unit chief Krouse, Downstate OMH, psychiatrist Lanctos*
*unit chief christine Dolley, unit chief Joanne waldtah, ms watkins, ms Brown*
*ms Gilmore, Jill Grant*
*Debra M Ann*

Claimant, *V. dal whitley* , appearing Pro-Se, complaining of defendant,

*NYDocs / office of mental Health  mercy Psychiatric center*  alleges the following upon information and belief:

1-     The Post Office address of the claimant is: Southport Correctional Facility 236 Bob

Masia Drive, P.O. Box 2000 Pine City, New York 14871-2000.

(USE ADDITIONAL PAPER WHERE NECESSARY)

2-     This claim arises from acts or omissions of the defendant. Details of said acts or omissions
are as follows: *Violated my mentalHealth patient Bill of Rights*
*& responsibilities as well as mental Hygiene Law State*
*& Federal Guidelines*

_____

_____

_____

_____

_____

3-     The place where the act(s) took place is: *Midstate correctional facility & Blackbird*
*marcy correctional facility General population & Box Fishkills-Bitch*
*too clinton correctional facility unit 14 13cell & company Down*
4-     The claim accrued on *various Dates*  *State correctional facility as*
*well*

3

5-      (Check the appropriate box)

☒ This claim is served and filed within 90 days of accrual.

OR

☐   A Notice of Intention to File a Claim was served on
which date was within 90 days of accrual.

OR

☐   This is a Claim by a correctional facility inmate to recover damages for injury to or loss of
personal property and it is served and filed within 120 days of exhaustion of claimant's
administrative remedies.

(USE ADDITIONAL PAPER WHERE NECESSARY)

By reason of the foregoing, Claimant was damaged in the amount of $ ~~50,000,000.00~~

claimant demands judgment against the Defendant(s) in for said amount.

The claim arose for *mental Health so called professionals violateing state & federal plike laws and or rights & Responsibilities of a mental patient (me) OmH level 2 while being property of New york state as well as administering cruel & unusual punishment to myself hiding/destroying my mental Health Records to cover up misconduct & unprofessionalism of staff & or civillians negligence - deliberate Indifference*

_signature_

Din: # 10B261

Claimant, Pro-Se
Southport Correctional Facility
236 Bob Masia Dr., P.O. Box 2000
Pine City, N.Y. 14871-2000

## VERIFICATION

STATE OF NEW YORK )
                    )SS:
COUNTY OF CHEMUNG )

_Vidal Whitley_            ; being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_Vidal Whitley_
Inmate,
Din. # _10B3619_
Claimant, Pro-Se
Southport Correctional Facility
236 Bob Masia Dr., P.O. Box 2000
Pine City, N.Y. 14871-2000

Sworn and subscribed to before me on

this _26_ day of _February_, 20 _15_.

_____
Notary Public

ROBERT T. ABRAMS
Notary Public, State of New York
Qual. In Chemung Co. No. 01AB6114504
Commission Expires August 16, 20_16_

### SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims within 90 days of accrual of the claim (120 days in the case of an inmate claim for loss of or damage to personal property).

FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM

New York State Court of Claims
Justice Building, Capitol Station, P.O. Box 7344
Albany, New York 12224

State of New York
Court of Claims

----------------------------------------------------x

_Vidal Whitley_

Claimant,

-against-

**VERIFIED BILL OF PARTICULARS**

OAG NO. _____

NEW YORK STATE

DEPARTMENT OF CORRECTIONAL SERVICES,

NY Docs/ NY Office of ~~Defendant.~~ Mental Health - Mercy central NY Psychiatric
Hospital/ Maureen Boolo - MS Grazanei - Medication subscriber MS
Tourtelot - Psychiatrist Jill carver - Psychiatrist Rebecca Jaffey
Psychiatrist Franc Libout - unit chief Krause - unit chief Joann waldron - MS Lanutos
-x unit chief Christine Dolley mswilkins

In accordance with Section 3041, Rule 3042, Rule 3043, et seq. of the Civil Practice Law MS Brow

and Rules, the claimant, _Vidal Whitley_, hereby furnish the following Verified Bill MS Gilman

of Particulars in support of the enclosed claim.  Today + Down STATE correction
officent Facility and committee
Jill Grant Debra Minning

1.   Set forth the name, current address, Department Identification Number (DIN) of the
     claimant. _Vidal Whitley_, Din.# _10B2619_, Southport Correctional
     Facility 236 Bob Masia Drive, P.O. Box 2000 Pine City, New York 14871-2000.

2.   Set forth the date of the occurrence of the event in issue. _Various Dates & counting_

3.   Set forth the exact location of the occurrence in question. _M. Dstate - Mercy fishkill
     Downstate - clinton - Southport_

4.   Specify the following information with respect to each item claimed to be missing:

Item 1:

Nature of the item: _____

Date of purchase: _____

Place of purchase: _____

Original purchase price: _____

By whom purchased: _____

How acquired if not purchased: _____

General condition of item at time of alleged loss: _____

1