UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF

Rafael E. Muniz

PETITION FOR
ADMISSION TO PRACTICE

I, __Rafael E. Muniz__, being sworn, depose and say:

1. That I reside at __135 Fifth Avenue__, __Pelham__, __NY__ __10803__ and my office address is __65 Broadway, Suite 714__, __New York__, __NY__ __10006__.

2. That I was admitted to practice in the courts of the State of __New York__ on __1/23/12__, by the __First Judicial__ Department.

3. That I graduated from __Touro Law Center__ Law School on __6/2010__ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| First Judicial Department | 1/23/2012 |
| Article 3 Immigration Court | |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

WHEREFORE it is respectfully requested that this court order that Petitioner, __Rafael E. Muniz__, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __25th__, day of __May__, 20__16__.

_____
PETITIONER

---

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*

Form Date: 5/10/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
PLEASE TYPE

This form is used for creating new accounts **(Newly Admitted Attorneys Only)** on the Court's Electronic Case Filing System(ECF).

First Name: Rafael     Middle Name: Edwin

Last Name: Muniz    If appropriate, check one: Sr. ☐  Jr. ☐  II ☐  III ☐

Firm Name: Law Offices of Rafael Muniz, P.C.

Firm Address: 65 Broadway
Suite 714

City: New York    State: NY    Zip Code: 10006

Firm Phone Number: (212) 363-6460    Direct Dial Number: (914) 318-5579

Fax Number: (212) 363-1830    Internet E-Mail Address: rafael.muniz@yahoo.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:    ☐ PERMANENT    ☑ PRO-HAC VICE - Case Number Required: 9:15CV-0377

**By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.**

Attorney Signature: _[signature]_

Date: 05/25/2016

| COURT USE ONLY |
| --- |
| Assigned Bar Roll # |
| Receipt # |
| Date of Admission:     /     / |
| Revised:     /     /     By: |

5/2006

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
_____

IN THE MATTER OF THE APPLICATION OF        )
                                           )
            Rafael E. Muniz                )        **ORDER**
                                           )
                                           )
                                           )
**TO BE ADMITTED TO THE UNITED STATES**    )
**DISTRICT COURT FOR THE NORTHERN**        )
**DISTRICT OF NEW YORK**                   )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Rafael E. Muniz_____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
VIDAL WHITLEY vs. NEW YORK STATE OFFICE OF MENTAL HEALTH, et al., _____.

IT IS SO ORDERED

Dated : _____

                                        _____
                                        ☐ U.S. District Judge
                                        ☐ U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Petition of : **RAFAEL EDWIN MUNIZ**

**AFFIDAVIT OF SPONSOR**

STATE OF NEW YORK
COUNTY OF **BRONX**

**KARIN ARROSPIDE**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **KARIN ARROSPIDE, ESQ**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **518345**.

2. I make this affidavit in support of the admission of **RAFAEL EDWIN MUNIZ**.

3. I have known **RAFAEL EDWIN MUNIZ** since **January 2015**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **25**, day of **MAY**, 20 **16**.

_[signature]_
SPONSOR

w:\attyadm\Affidavit_of_Sponsor
Form Date: 6/7/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : RAFAEL EDWIN MUNIZ

AFFIDAVIT
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF BRONX

KARIN ARROSPIDE, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of KARIN ARROSPIDE, ESQ, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 518345.

2. I make this affidavit in support of the admission of RAFAEL EDWIN MUNIZ.

3. I have known RAFAEL EDWIN MUNIZ since January 2015, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 25, day of MAY, 20 16.

_____
SPONSOR

w:\attyadm\Affidavit_of_Sponsor
Form Date: 6/7/2011

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# RAFAEL EDWIN MUNIZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 23, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 24, 2016

*Clerk of the Court*

438

AO 153 (Rev. 6/96)

| Name: LAST, | Muniz | FIRST | Rafael |

**OATH ON ADMISSION**

I, _____Rafael E. Muniz_____, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 05/25/16 | SIGNATURE: [signature] | BAR I.D. NO. 501510? |

---

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| Law Office of Rafael Muniz, P.C. | 212-363-6460 |

| FIRM ADDRESS |
|---|
| 65 Broadway, Suite 714 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| New York | NY | 10006 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |

ADMITTED ON MOTION OF: (Movant)